**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christine A. Deery                                 CHAPTER 13

                             Debtor(s)                       BKY. NO. 20-11360 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F and index same on the master mailing list.

                                                                                Respectfully submitted,
                                                                                **/s/ Rebecca A. Solarz Esquire**
                                                                                Rebecca A Solarz, Esquire
                                                                                Kevin G. McDonald, Esquire
                                                                                KML Law Group, P.C.
                                                                                701 Market Street, Suite 5000
                                                                                Philadelphia, PA 19106-1532
                                                                                (215) 627-1322