**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Christine Deery** | **:** | **CHAPTER 13** |
| Debtors | **:** | **BANKRUPTCY NO.  20-11360** |

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

/s/ Gary E. Thompson
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: 4/23/20

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix