UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE DEERY                                CHAPTER 13
        Debtor

BANKRUPTCY NO. 20-11360

CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served an Amended Plan by US Mail and the court's electronic filing system on or about May 13, 2020 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                                                         /S/
                                          GARY E. THOMPSON, ESQUIRE
                                          Attorney for Debtor.

8/28/20