**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **CHRISTINE A. DEERY,** | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 20-11360 ELF |

# O R D E R

      **AND NOW,** upon consideration of the Application for Allowance of Compensation filed by the Debtor's counsel,

      It is hereby **ORDERED** that:

1. A hearing is scheduled on **October 20, 2020 at 1:00 p.m.** in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania to consider the Application.

2. At the hearing, the Applicant should be prepared to:

    (X)   a. address an apparent discrepancy between the Application and the Disclosure of Compensation filed pursuant to Fed. R. Bankr. P. 2016(b);

    ( )   b. clarify the amount requested (including whether the filing fee or other costs are included in the amount of the compensation requested;

    ( )   c. address the reasonableness of the requested compensation under the standards set forth in 11 U.S.C. §330(a)(3), (4).

3. The Applicant shall be prepared to state the date and amounts of all compensation received prior to the filing of the Application in connection with this chapter 13 bankruptcy case.

Date: October 7, 2020

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**