United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christine A. Deery  
    Debtor(s)

Case No. 20-11360-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: JEGilmore | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine A. Deery, 11 Deep Pond Drive, Spring City, PA 19475-1671 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2020 02:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 02:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 08 2020 02:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:50:51 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed**

| District/off: 0313-2 | User: JEGilmore | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 5 |

below:

| Name | Email Address |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Christine A. Deery get24esq@aol.com |
| MICHAEL JOHN CLARK | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mjclark@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     **CHRISTINE A. DEERY,**     :     Chapter 13
                                                       :
               **Debtor**     :     Bky. No. 20-11360 ELF

# O R D E R

       **AND NOW,** upon consideration of the Application for Allowance of Compensation filed by the Debtor's counsel,

       It is hereby **ORDERED** that:

1. A hearing is scheduled on **October 20, 2020 at 1:00 p.m.** in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania to consider the Application.

2. At the hearing, the Applicant should be prepared to:

    (X)    a. address an apparent discrepancy between the Application and the Disclosure of Compensation filed pursuant to Fed. R. Bankr. P. 2016(b);

    ( )    b. clarify the amount requested (including whether the filing fee or other costs are included in the amount of the compensation requested;

    ( )    c. address the reasonableness of the requested compensation under the standards set forth in 11 U.S.C. §330(a)(3), (4).

3. The Applicant shall be prepared to state the date and amounts of all compensation received prior to the filing of the Application in connection with this chapter 13 bankruptcy case.

Date: October 7, 2020

                                                 **ERIC L. FRANK**
                                                 **U.S. BANKRUPTCY JUDGE**