IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: CHRISTINE A. DEERY | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | CASE NO. 20-11360 (ELF) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | HEARING DATE: **3-8-22 at 9:30 AM** |
| | ) | |
| CHRISTINE A. DEERY | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 362 |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief (Doc. # 45) is **APPROVED**.

Dated:  4/4/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**