Certificate Number: 06761-PAE-DE-038938884

Bankruptcy Case Number: 20-11360



06761-PAE-DE-038938884

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2024, at 11:19 o'clock AM EDT, Christine Deery completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 6, 2024

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Manager