United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-11360-pmm
Christine A. Deery     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Dec 16, 2024     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine A. Deery, 11 Deep Pond Drive, Spring City, PA 19475-1671 |
| 14477322 | + | American Heritage FCU, 3110 Grant Avenue, Philadelphia, PA 19114-2542 |
| 14669264 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave. Suite301, Moorestown, NJ 08057-3124 |
| 14477331 | + | US Dept Of Education, POB 5202, Greenville, TX 75403-5202 |
| 14491676 | + | Wilmington Savings Fund Society, FSB, as trustee o, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2024 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2024 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14502156 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 17 2024 00:30:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14484228 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 17 2024 00:39:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14477323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 00:39:28 | Capital One/HSBC, POB 30285, Salt Lake City, UT 84130-0285 |
| 14477324 | + | Email/Text: compliance@bylcompanies.com | Dec 17 2024 00:30:00 | CardioNet, C/O BYL Collection, POB 569, Malvern, PA 19355-0569 |
| 14477325 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2024 00:39:30 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14477326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:28 | JC Penney/GE Capital, POB 960001, Orlando, FL 32896-0001 |
| 14477327 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2024 00:39:28 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219 |
| 14485130 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2024 00:39:28 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14490837 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2024 00:39:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14492610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2024 00:39:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14477328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 01:41:27 | Pay Pal Extras, POB 103104, Roswell, GA |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

| Recip ID | Bypass/Notice type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 30076-9104 |
| 14477329 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2024 00:30:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14492847 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2024 00:30:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14669144 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2024 00:30:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14477330 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 00:39:50 | Synchrony Bank, POB 965061, Orlando, FL 32896-5061 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14485129 | ##+ | JPMorgan Chase Bank, National Association, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Debtor Christine A. Deery get24esq@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL JOHN CLARK | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 68 – 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Christine A. Deery )     Case No. 20−11360−pmm
)
)
Debtor(s). )     Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 16, 2024            For The Court

                                            Timothy B. McGrath
                                            Clerk of Court