«AddressBlock»Fill in this information to identify the case:

Debtor 1: <u>CHRISTINE A DEERY</u>

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: <u>EASTERN</u> District of <u>Pennsylvania</u>

Case number: **20-11360**

Official Form 410S1            **Chapter 13**

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: Wilmington Savings Fund Society, Fsb, As Trustee Of Stanwich Mortgage Loan Trust F,

Court claim no. (if known): <u>7-2</u>

Last four digits of any number you use to identify the debtor's account: <u>3378</u>

Date of payment change: <u>06/01/2022</u>
Must be at least 21 days after date of this notice

New total payment: **$2,044.38**
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?** <u>Yes</u>

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:** $683.06            **New Escrow Payment:** $690.72

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?** <u>No</u>

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**            **New Interest Rate:**

**Current principal and interest payment:**            **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:** $2,036.72            **New mortgage payment:** $2,044.38

| Debtor 1: CHRISTINE A  DEERY | Case number (if known): 20-11360 |
|---|---|

## Part 4: Sign Here

The person completing the Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor        ☒ I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

**/s/ Jerden Woodhouse**                                        Date: **Apr 20, 2022**
Signature

Print:    Jerden Woodhouse                                      Title:  Authorized Agent

Company:   Liepold, Harrison & Associates

Address:   1425 Greenway Drive, Suite 250
           Irving, TX  75038

Contact Phone:                                                  Email:  PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF Pennsylvania**

*In Re:*  Case No. 20-11360

**CHRISTINE A  DEERY**

                                                                                    **Chapter 13**

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I hereby certify that on 04/20/2022, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

                                                  By:  /s/ Jerden Woodhouse

                                                  Authorized Agent for Creditor
                                                  Liepold, Harrison and Associates
                                                  1425 Greenway Drive, Suite 250
                                                  Irving, TX  75038

<u>Debtor</u>
CHRISTINE A DEERY
11 DEEP POND DR
SPRING CITY, PA 19475

<u>Debtor's Counsel</u>
GARY E. THOMPSON
150 E. Swedesford Road 1st Floor
Wayne, PA 19087

<u>Trustee</u>
KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

<u>U.S. Trustee</u>
Office of the United States Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. BOX 5001
Westfield, IN 46074

(800) 561-4567   FAX: (949) 517-5220

```
JAMES T DEERY JR                                    YOUR LOAN NUMBER : ███████
CHRISTINE A DEERY                                   DATE: 03/11/22
11 DEEP POND DR
C/O JENNIFER A. MCKAY, ESQUIRE
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING JUNE,2021 AND ENDING MAY, 2022.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF JUNE,2021 IS ---

```
        PRIN & INTEREST               1,353.66
        ESCROW PAYMENT                  655.72
        SHORTAGE PYMT                    27.34
        TOTAL                         2,036.72
```

```
         -- PAYMENTS TO ESCROW --     -- PAYMENTS FROM ESCROW --           -- ESCROW BALANCE --
MONTH    PRIOR PROJECTED ACTUAL   PRIOR PROJECTED DESCRIPTION   ACTUAL DESCRIPTION   PRIOR PROJECTED  ACTUAL
                                           STARTING BALANCE  = = = >      5012.17   19215.78-
JUN       655.72 *     1718.60                                             5667.89   17497.18-
JUL       655.72 *      859.30                                             6323.61   16637.88-
AUG       655.72 *     1700.45   5667.89 *  SCHOOL TAX    5754.58 SCHOOL TAX   1311.44 TLP  20692.01-
SEP       655.72 *      868.33         *                  1158.86 HOMEOWNERS   1967.16   20982.54- ALP
OCT       655.72 *     1298.44   1071.70 *  HOMEOWNERS                     1551.18   19684.10-
NOV       655.72 *     1298.44                                             2206.90   18385.66-
DEC       655.72 *     1298.44                                             2862.62   17087.22-
JAN       655.72 *     1298.44                                             3518.34   15788.78-
FEB       655.72 *      649.22         *                   809.09 COUNTY TAX   4174.06   15948.65-
MAR       655.72           E      809.09    COUNTY TAX                     4020.69   15948.65-
APR       655.72           E      320.01    CITY TAX                       4356.40   15948.65-
MAY       655.72           E                                               5012.12   15948.65-
TOT      7868.64      10989.66   7868.69                  7722.53
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $1,311.44.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $20,982.54-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.
Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
02/18     $859.30       03/18     $859.30       04/18     $26,410.99  *
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JUNE,2022 AND ENDING MAY,2023.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - JUNE,2022 THROUGH MAY,2023** --------------

```
           HOMEOWNERS INSU           1,158.86
           COUNTY TAX                  809.09
           SCHOOL TAX                5,754.58
           CITY TAX                    320.01

           TOTAL                     8,042.54
           PERIODIC PAYMENT TO ESCROW  670.21   (1/12 OF "TOTAL FROM ESCROW")
```

------------------ **PROJECTED ESCROW ACTIVITY - JUNE,2022 THROUGH MAY,2023** ----------------------

```
         ---- PROJECTED PAYMENTS --                       -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW       FROM ESCROW    DESCRIPTION      PROJECTED        REQUIRED
                         ACTUAL STARTING BALANCE  = = = >  4,838.19        5,084.37
JUN,22    670.21                                           5,508.40        5,754.58
JUL,22    670.21                                           6,178.61        6,424.79
AUG,22    670.21         5,754.58       SCHOOL TAX         1,094.24 ALP    1,340.42 RLP
SEP,22    670.21                                           1,764.45        2,010.63
OCT,22    670.21         1,158.86       HOMEOWNERS INSU    1,275.80        1,521.98
NOV,22    670.21                                           1,946.01        2,192.19
DEC,22    670.21                                           2,616.22        2,862.40
JAN,23    670.21                                           3,286.43        3,532.61
FEB,23    670.21                                           3,956.64        4,202.82
MAR,23    670.21           809.09       COUNTY TAX         3,817.76        4,063.94
APR,23    670.21           320.01       CITY TAX           4,167.96        4,414.14
MAY,23    670.21                                           4,838.17        5,084.35
```

**** **CONTINUED ON NEXT PAGE** ****

\*\*\*\* CONTINUATION \*\*\*\*

------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------------------------------

```
IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....            THE ESCROW SHORTAGE IS....        246.18- *
* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM June 1, 2022.


AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $66.70.
```

---------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -------------------------------------

```
                        PRIN & INTEREST               1,353.66 *
                        ESCROW PAYMENT                  670.21
                        SHORTAGE PYMT                    20.51
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   06/01/22    ==>             2,044.38

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $1,311.44.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $1,340.42.

    YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
    THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
```

**Escrow payments up to escrow analysis effective date:**

```
10/19     $649.22           11/19     $648.83          12/19    $19,742.10*
```

**Escrow disbursements up to escrow analysis effective date:**

```
04/22     $320.01    CITY TAX
```

**-VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

**-IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**-MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**-HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
MILITARY PERSONNEL/SERVICEMEMBERS:   If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/